[No. 8360-8–III.   Division Three.   June 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY G.
GRIGSBY, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 86-1–00108-6, Charles W. Cone, J.,

entered January 12, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.